IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CSC LEASING CO., )
)
      Plaintiff, )
)
v. ) Civil Action No. 3:20CV509–HEH
)
FINANCIAL TECHNOLOGY )
CORPORATION, d/b/a TEACHERS N' )
TOOLS, )
)
      Defendant. )

### FINAL ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B) (ECF No. 5). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to counsel of record.

It is so ORDERED.

                                                          /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: August 25, 2020
Richmond, VA